IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00274-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN JAMES BRAMBILA,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Count Two of the Indictment [Docket No. 64]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the United States' Motion to Dismiss Count Two of the Indictment [Docket No. 64] is granted. Count Two of the Indictment dismissed.

DATED November _13_, 2015.

                                  BY THE COURT:

                                  PHILIP A. BRIMMER
                                  United States District Judge